**Order entered August 19, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00113-CV

### ALLEGHENY MILLWORK, INC., Appellant

### V.

### JEFF HONEYCUTT D/B/A NOAH QUALITY SERVICES, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03386-2018**

## ORDER

Before the Court is appellee's August 17, 2021 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 16, 2021. Because the brief was first due July 19, 2021, we caution appellee that further extension requests will be disfavored.

/s/    CRAIG SMITH
       JUSTICE